IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 23-cr-00081-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK HOWARD,

    Defendant.

---

## NOTICE OF APPEARANCE
---

    The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/Jennifer Beck
JENNIFER BECK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
jennifer.beck@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on 03/31/2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Albert C. Buchman, Assistant United States Attorney
Email: al.buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mark Howard (via U.S. Mail)

s/Jennifer Beck
JENNIFER BECK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
jennifer.beck@fd.org
Attorney for Defendant