AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2023 APR -3 PM 12: 29
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

| United States of America | ) |
| v. | ) Case No. 23-cr-87-RMR |
| | ) |
| MARK HOWARD | ) |
| a/k/a Tyler Wright | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)   MARK HOWARD a/k/a Tyler Wright ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1)

Date: 3/21/2023

s/ A. Garcia Garcia - Deputy Clerk
*Issuing officer's signature*

City and state:  Denver, Colorado

Jeffrey P. Colwell - Clerk of Court
*Printed name and title*

---

### Return

This warrant was received on (date) 3/21/23 , and the person was arrested on (date) 3/30/23
at (city and state)

Date: 3/30/23

_____ 6224
*Arresting officer's signature*

SPECIAL AGENT LYNN THRAPP
*Printed name and title*